**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| BRADLEY RIELAND | Civil No. 10-2849 (JRT/XXX) |
| Plaintiff, | |
| v. | **ORDER** |
| PORTFOLIO RECOVERY ASSOCIATES, INC., | |
| Defendant. | |

_____

Seamus Flaherty, **LARRY P. SMITH & ASSOCIATES, LTD**, 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601, for plaintiff.

This matter is before the Court on the Motion to Voluntarily Dismiss Pursuant to Settlement filed by the plaintiff on August 16, 2010 [Docket No. 2].

**IT IS HEREBY ORDERED** that pursuant to settlement, this case is **dismissed without prejudice**, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

Dated: August 20, 2010
at Minneapolis, Minnesota         s/ John R. Tunheim
                                                                        JOHN R. TUNHEIM
                                                     United States District Judge